7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dustin Tyler McGilton
*Debtor*

*Bankruptcy Case No.*
11–44768–abf7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
13–04132–abf

v.

**Dustin Tyler McGilton**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by Default is entered in favor of the Trustee, Jerald S. Enslein, and against the Debtor, Dustin Tyler McGilton pursuant to Rule 7055 FRBP and Rule 55 FRCP, such that: (i) the discharge granted to the Debtor in the Order Discharging Debtor(document number 37 of the Docket Report of the Court in the Bankruptcy Case) which was entered on February 16, 2012, is hereby revoked; and (ii) the Trustee is hereby awarded his costs and expenses, including attorney's fees, in the amount of $793.00, such sums to be paid to the Trustee by the Debtor.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 11/22/13

Court to serve